UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEANA CROMITIE,
                    Plaintiff,                    23-cv-7745 (JGK)

        - against -                               ORDER

ESAFETY SUPPLIES INC.,
                    Defendant.

JOHN G. KOELTL, District Judge:

    The defendant filed an answer on October 4, 2023. While late, there could be no prejudice to the plaintiff. Therefore, the time to file the answer is extended to October 4, 2023. The plaintiff's request for a certificate of default, ECF No. 8, is **denied** as moot.

    The parties are directed to file a Rule 26(f) report by October 18, 2023.

SO ORDERED.

Dated:   New York, New York
         October 4, 2023

                                    John G. Koeltl
                           United States District Judge