UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SEANA CROMITIE,

                     Plaintiff(s)

           -against-

ESAFETY SUPPLIES, INC.,

                     Defendant(s).
-------------------------------------------------------------X

23 civ 7745 (JGK)

## ORDER

A scheduling order having been submitted to the Court on October 19, 2023,

The conference scheduled for December 14, 2023 is canceled.

**SO ORDERED.**

                                                      **JOHN G. KOELTL**
                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 6, 2023